Submitted May 26, 2020, affirmed June 30, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RYAN M. ADAMSON,
aka Ryan Matthew Adamson,
*Defendant-Appellant.*

Multnomah County Circuit Court
18CR18150; A169179

489 P3d 592

Kathryn L. Villa-Smith, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Emily P. Seltzer, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Jones*, 311 Or App 685, 492 P3d 116 (2021); *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021).